Case 5:25-cv-00168   Document 9   Filed on 10/16/25 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
October 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| SEDAT ALKIS § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:25-cv-168 |
| § | |
| IMMIGRATION AND CUSTOMS § | |
| ENFORCEMENT HARLINGEN FIELD § | |
| OFFICE IMMIGRATION AND CUSTOMS § | |
| ENFORCEMENT *et al.* § | |

**ORDER**

Before the Court are Petitioner Sedat Alkis's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (*see* Dkt. No. 1) and Motion for Temporary Restraining Order to Prevent Transfer of Petitioner ("TRO") (*see* Dkt. No. 6). Having reviewed the filings, the Court hereby **ORDERS** Respondents to file responses to both the Petition and TRO and serve them on Petitioner within **three (3) days** of the date of service.

The Clerk of Court is **DIRECTED** to serve copies of the Petition and its attachment (Dkt. Nos. 1, 1-1), the TRO (Dkt. No. 6), and this Order on Respondents via certified mail return receipt requested at the following addresses:

Immigration and Customs Enforcement
Harlingen Field Office of Immigration and Customs
1717 Zoy Street
Harlingen, Texas 78552

Kristi Noem
United States Secretary of Homeland Security
245 Murray Lane SW
Mail Stop 0485
Washington, District of Columbia 20528

United States Department Homeland Security
245 Murray Lane SW
Mail Stop 0485
Washington, District of Columbia 20528

1

Pamela Bondi
United States Attorney General
950 Pennsylvania Avenue NW
Washington, District of Columbia 20530

Executive Office for Immigration Review
5107 Leesburg Pike
Falls Church, Virigina 22041

GEO Corporation
4955 Technology Way
Boca Raton Florida, 33431

Pursuant to Federal Rule of Civil Procedure 4(i)(2), the Clerk of Court is **DIRECTED** to serve copies of the Petition and attachments (Dkt. Nos. 1, 1-1), the TRO (Dkt. No. 6), and this Order via certified mail return receipt requested on the following:

United States Attorney,
Attention: Chief of the Civil Division
11204 McPherson Road, Suite 100A
Laredo, Texas 78045
- and -

P.O. Box 1179
Laredo, Texas 78042

*See also* Rules 1(b), 12 of the Rules Governing Section 2254 Proceedings.

It is further **ORDERED** that if Petitioner elects to file a reply, he may do so no later than **three (3) days** after Respondents file their respective answers or responses. *See* Rule 5(e) of the Rules Governing Section 2254 Proceedings.

To preserve the status quo while the Court considers this matter, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer of Petitioner outside the Southern District of Texas, Laredo Division, or any planned removal of him from the United States, **at least five (5) days before** any such transfer or removal. Finally, Respondents will not be served further notice of activity on

this docket. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

It is so **ORDERED**.

**SIGNED** October 16, 2025.

                                                Marina Garcia Marmolejo
                                                United States District Judge