United States District Court
Southern District of Texas
**ENTERED**
December 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| SEDAT ALKIS § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:25-cv-168 |
| § | |
| IMMIGRATION AND CUSTOMS § | |
| ENFORCEMENT HARLINGEN FIELD § | |
| OFFICE IMMIGRATION AND § | |
| CUSTOMS § | |
| ENFORCEMENT *et al.* § | |

## ORDER

On November 4, 2025, the Court granted in part and denied in part Petitioner's writ of habeas corpus (*see* Dkt. No. 22). The Court ordered Respondents to provide Petitioner with a bond hearing no later than November 18, 2025 (Dkt. No. 22 at 6). Per Respondents' advisory, Petitioner's bond hearing was held on November 12, 2025, and an Immigration Judge granted Petitioner bond in the amount of $5,000. (Dkt. Nos. 24 at 1; 24-1 at 1).

Accordingly, it appears as if no live disputes remain in this case. The parties are **ORDERED** to file a joint advisory addressing how they would like the Court to proceed by **December 9, 2025**. Alternatively, the parties may file a Federal Rule of Civil Procedure 41(a)(1)(A)(ii) joint dismissal by that date. *See* Rules 1(b), 12 of the Rules Governing Section 2254 Proceedings.

It is so **ORDERED**.

**SIGNED** December 4, 2025.

Marina Garcia Marmolejo
United States District Judge

1